HUNGERFORD, Respondent, v. VILLAGE OF WAVERLY et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Martha A. Hungerford against the village of Waverly and others. On motion to amend decision. For former opinion, see 109 N. Y. Supp. 438.

PER CURIAM. Decision amended, so as to read as follows: "Interlocutory judgment reversed, with costs, and demurrer sustained, with costs, with usual leave to amend on payment of costs of demurrer and of this appeal. If the costs of the demurrer and of the appeal are not paid and the complaint amended within 20

days after service of copy of this decision, defendant may have final judgment dismissing the complaint, with costs."

HUNT, Respondent, v. BUTTERICK PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Daisy Hunt against the Butterick Publishing Company, Limited. No opinion. Judgment and order unanimously affirmed, with costs.